UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Case No. 03-12620 DPW

| | |
|---|---|
| D. LYLE ELKINS,<br>    Plaintiff, )<br>)<br>VS. )<br>)<br>TEAMSTERS LOCAL 264, )<br>INTERNATIONAL BROTHERHOOD, )<br>OF TEAMSTERS and )<br>SHUTTLE AMERICA CORPORATION)<br>    Defendants. ) | NOTICE OF VOLUNTARY DISMISSAL |

      I, D. Lyle Elkins, Plaintiff, pro se, hereby gives Notice per Fed. R. Civ. P. 41(a), that this Honorable Court dismiss the above above-captioned Complaint. No service of this Complaint has taken place upon either of the Defendants.

_____
D. Lyle Elkins, pro se
41 Red Lily Pond Road
Centerville, MA 02632
(508) 775-2877